**Peter F. Lacny**
DATSOPOULOS, MacDONALD & LIND, P.C.
Central Square Building
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Facsimile: (406) 543-0134
Email:     placny@dmllaw.com

Attorney for Defendant NATHAN NEPHI ZITO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NATHAN NEPHI ZITO,<br><br>    Defendant. | Cause No.: CR 22-113-BLG-SPW<br><br>**UNOPPOSED MOTION TO SET CHANGE OF PLEA** |
|---|---|

NATHAN NEPHI ZITO, by and through counsel, hereby moves the Court to set a Change of Plea hearing in this matter. As grounds, the parties have filed a negotiated Plea Agreement along with an Information. The parties are prepared to proceed to a combined arraignment and change of plea on the Information. If all possible, the

parties request a change of plea hearing on October 14, 2022. This request is made due to the schedules of involved counsel.

The United States Attorney Office has no objection to this motion.

DATED this 20th day of September, 2022.

DATSOPOULOS, MacDONALD & LIND, P.C.


By:  /s/ *Peter F. Lacny*
    Peter F. Lacny
    Attorney for NATHAN NEPHI ZITO

# CERTIFICATE OF SERVICE
L.R. 5.2(b)

I, Peter F. Lacny, attorney for Defendant, hereby certifies that a copy of the Defendant's Unopposed Motion to Set Change of Plea was served on these persons by the following means:

```
 1, 2  CM/ECF
       Hand Delivery
       Mail
       Overnight Delivery Service
       Fax
 3,4   Email
```

1. Clerk, U.S. District Court

2. Bryan Dake and Jeremy Goldstein, U.S. Attorney Office

3. U.S. Probation Office

4. NATHAN NEPHI ZITO

DATED this 20th day of September, 2022.

By: /s/ Peter F. Lacny
    Peter Lacny