# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br> v.<br><br>NATHAN NEPHI ZITO,<br><br>                                   Defendant. | Cause No.:  CR 22-113-BLG-SPW<br><br><br>**ORDER** |

Upon the Defendant's foregoing Motion, IT IS HEREBY ORDERED that a change of plea hearing is set down for the _____ day of _____, 2022 at _____.m.

DATED this ___ day of September, 2022.


By: _____
     Judge Susan P. Watters