IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN NEPHI ZITO,<br><br>Defendant. | CR 22-113-BLG-SPW-TJC<br><br>**ORDER SETTING ARRAIGNMENT AND CHANGE OF PLEA HEARING** |

Judge Watters has referred to the undersigned Defendant's Motion to Change Plea. (*See* Docs. 3, 4.)

Accordingly, IT IS ORDERED that, provided the parties consent, the Court will conduct an arraignment followed by a change of plea hearing on **October 14, 2022, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 20th day of September, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge